UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CHRISTOPHER LENNON,** | : | Civil No. 3:18CV1210 (VLB) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **UNITED STATES, et al.** | : | |
| | : | |
| Defendant, | : | September 27, 2018 |

## STIPULATION OF DISMISSAL

Pursuant the provisions of Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal, without costs or attorney's fees of the Complaint filed by the Plaintiff, Christopher Lennon against the Defendant, United States of America. The parties further stipulate the action brought pursuant to the Federal Tort Claims Act would not result in recovery from the United States of America."

**THE PLAINTIFF, CHRISTOPHER LENNON**

**/s/Daniel P. Scholfield, Esq.**
**DANIEL P. SCHOLFIELD, ESQ.**
**LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.**
**52 TRUMBALL STREET**
**NEW HAVEN, CT 06506-1612**

**THE DEFENDANT, UNITED STATES OF AMERICA**

**/s/Brenda M. Green**
**BRENDA M. GREEN**
**ASSISTANT UNITED STATES ATTORNEY**
**UNITED STATES ATTORNEY'S OFFICE**
**1000 LAFAYETTE BOULEVARD,**
**10th FLOOR**
**BRIDGEPORT, CT 06604**

## **CERTIFICATE OF SERVICE**

**I hereby certify that on 9/21/18, the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.**

*/s/Daniel P. Scholfield, Esq.*